Case: 30CI1:22-cv-00110-KJ    Document #: 1    Filed: 06/09/2022    Page 1 of 5

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #:** 30 / 19 / CI
**Case Year:** 2022
**Docket Number:** 00110
**Local Docket ID:** ___

Month / Date / Year: 06 / 09 / 22
*This area to be completed by clerk*

Case Number if filed prior to 1/1/94: ___

In the **CIRCUIT** Court of **JACKSON** County — Judicial District ___

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **Deflanders**, **Kelia**
Last Name / First Name / Maiden Name / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business: ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

**Address of Plaintiff:** 6111-A Dora Ave. Moss Point, MS 39563

**Attorney (Name & Address):** J. Heath Sullivan - 1423 24th Avenue, Gulfport, MS 39501    **MS Bar No.** 105226

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: *[signature]*

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: ___
Last Name / First Name / Maiden Name / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

**Business:** Sun Coast Resources, Inc. - incorporated in Texas

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

**Attorney (Name & Address) - If Known:** ___    **MS Bar No.** ___

**Nature of Suit** (Place an "X" in one box only)

___ Check (x) if child support is contemplated as an Issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ___

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ___

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ___

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment

**Children/Minors - Non-Domestic**
- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other ___
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other ___

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ___

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ___

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ___

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ___

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [X] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other ___

**EXHIBIT A**

Case: 30CI1:22-cv-00110-KJ   Document #: 1   Filed: 06/09/2022   Page 2 of 5

**IN THE** CIRCUIT **COURT OF** JACKSON **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____-_____ _____   Docket No. If Filed
         File Yr    Chronological No.    Clerk's Local ID        Prior to 1/1/94_____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** Roberson_____ Carlos_____ (_____) M_____ _____
              Last Name              First Name         Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

  D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: J. Heath Sullivan _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ (_____) _____ _____
              Last Name              First Name         Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

  D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ (_____) _____ _____
              Last Name              First Name         Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

  D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>JACKSON</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____    Docket No. If Filed
   File Yr       Chronological No.       Clerk's Local ID        Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of \_\_ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: <u>Ryder</u>      <u>Brent</u>      (_____) <u>A</u>     _____
            Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)\_\_\_ Not an Attorney(✓)\_\_\_

**Defendant #3:**

Individual: _____    _____    (_____) \_\_\_\_\_    _____
            Last Name                First Name            Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)\_\_\_ Not an Attorney(✓)\_\_\_

**Defendant #4:**

Individual: _____    _____    (_____) \_\_\_\_\_    _____
            Last Name                First Name            Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)\_\_\_ Not an Attorney(✓)\_\_\_

# GULF SOUTH LAW FIRM, PLLC
### 1423 24th Avenue, Suite A
### Gulfport, Mississippi 39501
### Phone: (228) 207-2880/Fax: (228) 206-2365

**J. Heath Sullivan**  
**Attorney in MS & LA**  
heath@gulfsouthlaw.com

**Lauren R. Sullivan**  
**Attorney in MS & LA**  
lauren@gulfsouthlaw.com

June 8, 2022



Jackson County Circuit Clerk  
P.O. Box 998  
Pascagoula, MS 39568-0998

JUN 09 2022

RANDY CARNEY, CLERK  
BY_____D.C.

RE: *Kelia Deflanders and Carlos Mark Roberson v. Sun Coast Resources, Inc., et al.*  
    In the Circuit Court of Jackson County, Mississippi  
    New Circuit Court Filing  
    GSL File: 21-00354 & 21-00355

Dear Mr. Carney:

Enclosed please find the following:

1) Original and copy of the Complaint;
2) Original and one copy of each Summons to Defendant;
3) Civil Cover Sheet; and
4) Check for $161.00 payable to the Jackson County Circuit Clerk.

Please file the Complaint and Summons and return the copies to me, stamped filed, in the enclosed envelope. Please also notify me by MEC.

Thank you for your attention to this matter.

Sincerely,

J. Heath Sullivan

Enclosures

www.gulfsouthlaw.com

| CIRCUIT - CIVIL | HANDED ☐ |
|---|---|

Case: 30CI1:22-cv-00110 KU  Document #:1  Filed: 06/09/2022  Page 5 of 5

R1 41876  MAILED ☐  Date _____

Received Of __Gulf South Law Firm__

Cause No. __22-110(2)__

For: Clerk's Fees .................. $85.00
    JSO Fund ..................... $40.00
    Steno Tax .................... $10.00
    Jury Tax ..................... $3.00
    Law Library .................. $2.50
    SCEF ......................... $2.00
    Court Adm. Fund .............. $2.00
    CECSF ........................ $10.00
    CLAF ......................... $5.00
    SCCF ......................... $0.50
    RM FEE ....................... $1.00
    Copy of Summons Return .......
    Other Advance Cost ...........
    TOTAL ........................ $ 161.00

Total Amount Paid $ __161.00__   Check No. __1800__

For __New Complaint__

**RANDY CARNEY**
CIRCUIT CLERK OF JACKSON COUNTY
By __BJ McCreary__
DEPUTY CIRCUIT CLERK

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**FILED**
JUN 09 2022
RANDY CARNEY, CLERK
BY_____D.C.

**KELIA DEFLANDERS AND**  **PLAINTIFFS**
**CARLOS MARK ROBERSON**

**VERSUS**                                            CAUSE NO.: 22-110 (2)

**SUN COAST RESOURCES, INC.,**
**BRENT ALAN RYDER,**
**AND JOHN DOES 1-10**                                **DEFENDANTS**

### COMPLAINT
(JURY TRIAL REQUESTED)

**COMES NOW,** Plaintiffs, KELIA DEFLANDERS AND CARLOS MARK ROBERSON, by and through their attorney, and file their Complaint against Defendants, SUN COAST RESOURCES, INC, BRENT ALAN RYDER, AND JOHN DOES 1-10, and show as follows:

### PARTIES

1. Plaintiff, Kelia Deflanders, is an adult resident citizen of Jackson County, Mississippi.

2. Plaintiff, Carlos Mark Roberson, is an adult resident citizen of Jackson County, Mississippi.

3. Defendant, Sun Coast Resources, Inc. ("Sun Coast"), is a foreign corporation licensed to do business in the State of Mississippi. Sun Coast may be served through its registered agent for service of process, National Registered Agents, Inc., 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

4. Defendant, Brent Alan Ryder, is an adult resident citizen of Texas based on information and belief. Ryder may be served at 5377 CR 2691, Buffalo, Texas 75831, via the Mississippi Secretary of State, or wherever he may be found.

5. Defendants, John Does 1-10, are persons or entities who are liable for the actions or inactions leading to the injuries sustained by Plaintiffs and whose identities are not yet known.

## JURISDICTION AND VENUE

6. Jurisdiction and venue are proper in this Court as the transaction or occurrence which is the subject matter of this litigation took place in Moss Point, Jackson County, Mississippi.

## STATEMENT OF FACTS

7. Plaintiffs incorporate all prior paragraphs as if copied in full.

8. On or about September 10, 2021, Plaintiff Deflanders was operating her 2013 Honda Accord in the westbound right lane of Shortcut Road in Moss Point, Mississippi. At all pertinent times, Plaintiff Roberson was a passenger.

9. At the same date and time, Defendant Ryder was operating a 2018 Ford fuel tanker truck in the westbound left lane of Shortcut Road.

10. As Plaintiff Deflanders was lawfully and carefully operating her vehicle in her lane of traffic, Defendant Ryder suddenly and without warning crossed Plaintiffs' lane of travel, causing a violent collision.

11. At all pertinent times and based on information and belief, Defendant Ryder was acting in the course and scope of his employment with Sun Coast, making Sun Coast vicariously liable.

12. Defendant Ryder's acts and omissions include, but are not limited to, the following:
    a. Failure to see what he should have seen;
    b. Failure to stop or slow his vehicle in a reasonable manner;

    c. Failure to act as a reasonably prudent person would have under the circumstances;

    d. Failure to observe and avoid other traffic, specifically Plaintiffs' vehicle;

    e. Failure to be aware of his surroundings;

    f. Failure to operate his vehicle in an attentive manner; and

    g. Other negligent acts or omissions that may be shown at trial.

## DAMAGES

13. Plaintiffs incorporate all prior paragraphs as if copied in full.

14. As a direct and proximate result of the Defendants' negligent acts and omissions, Plaintiffs each suffered the following damages, including but not limited to:

    a. Past and future medical expenses;

    b. Past and future pain and suffering;

    c. Loss of enjoyment of life;

    d. Mental anguish, distress, and anxiety; and

    e. Other special and general damages that may be proven at trial.

15. Plaintiffs' respective claims exceed $75,000.00, exclusive of interest and costs.

## JURY DEMAND

16. Plaintiffs incorporate all prior paragraphs as if copied in full.

17. Plaintiffs request a trial by jury on all issues.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs demand judgment with legal interest, expert witness fees, and court costs against the Defendants for a sum to be determined by a jury trial, all costs of these proceedings, and any other relief to which they may be entitled.

RESPECTFULLY SUBMITTED this, the __8__ day of __June__, 2022.

KELIA DEFLANDERS AND
CARLOS MARK ROBERSON, Plaintiffs

BY: _____
J. HEATH SULLIVAN (MSB #105226)
Gulf South Law Firm, PLLC
1423 24th Avenue, Suite A
Gulfport, MS 39501
Phone: (228) 207-2880
Fax: (228) 206-2365
Email: lauren@gulfsouthlaw.com
*Attorney for Plaintiffs*

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**KELIA DEFLANDERS AND**  **PLAINTIFFS**
**CARLOS MARK ROBERSON**

**VERSUS**  CAUSE NO.: 22-1102

**SUN COAST RESOURCES, INC.,**
**BRENT ALAN RYDER,**
**AND JOHN DOES 1-10**  **DEFENDANTS**

### SUMMONS
THE STATE OF MISSISSIPPI

To:  Brent Alan Ryder
5377 CR 2691
Buffalo, Texas 75831
Or wherever he may be found

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO J. HEATH SULLIVAN, THE ATTORNEY FOR THE PLAINTIFF(S), WHOSE MAILING ADDRESS AND STREET ADDRESS IS 1423 24TH AVENUE, SUITE A, GULFPORT, MISSISSIPPI 39501. YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF COURT WITHIN A REASONABLE TIME AFTERWARD.

Issued under my hand and seal of said Court, this ___10___ day of ___June___, 2022.

_____
Clerk of Court, Jackson County, Mississippi

Prepared by:
J. Heath Sullivan (MSB # 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue, Suite A
Gulfport, MS 39501



## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**KELIA DEFLANDERS AND**                                           **PLAINTIFFS**
**CARLOS MARK ROBERSON**

**VERSUS**                                             CAUSE NO.: 22-110(2)

**SUN COAST RESOURCES, INC.,**
**BRENT ALAN RYDER,**
**AND JOHN DOES 1-10**                                      **DEFENDANTS**

### SUMMONS
### THE STATE OF MISSISSIPPI

To:     Sun Coast Resources, Inc., through its registered agent for service of process
        National Registered Agents, Inc.
        645 Lakeland East Drive, Suite 101
        Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS **SUMMONS** IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO J. HEATH SULLIVAN, THE ATTORNEY FOR THE PLAINTIFF(S), WHOSE MAILING ADDRESS AND STREET ADDRESS IS 1423 24TH AVENUE, SUITE A, GULFPORT, MISSISSIPPI 39501. YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS **SUMMONS** AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF COURT WITHIN A REASONABLE TIME AFTERWARD.

Issued under my hand and seal of said Court, this _10_ day of _June_, 2022.

_____
Clerk of Court, Jackson County, Mississippi

Prepared by:
J. Heath Sullivan (MSB # 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue, Suite A
Gulfport, MS 39501



## Proof of Service
## Sun Coast Resources, Inc.
## Through its registered agent for service of Process,
## CT Corporation System of Mississippi
## 645 Lakeland East Drive, Suite 101
## Flowood, Mississippi 39232

(Name of person or entity served)
I, the undersigned process server, served the <u>Summons and Complaint</u> upon the person named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_X_ **PERSONAL SERVICE** I personally delivered copies to __Matt Thibodeaux__ __13th__ of __June__ 2022, where I found said person in __Rankin County__ of the State of Mississippi.

____ I was not able to serve the Summons.

_X_ At the time of service, I was at least 18 years of age and not a party to this action.

PROCESS SERVER:
NAME:_____Christeen Moffett_____
ADDRESS:_____1132 Ridgewood Blvd Jackson, MS 39211_____
TELEPHONE NUMBER:_____6013310047_____

STATE OF MISSISSIPPI
COUNTY OF __Hinds__
Personally appeared before me the undersigned authority in and for the state and county aforesaid the within named __Christeen Moffett__ who being first by me duly sworn states on oath that the matters and facts in the foregoing the Summons and Complaint proof of Service are true and correct as therein stated.

Sworn to and subscribed before me, this the __15__ day of __June__, 2022

_Christeen Moffett_
Process Server

_Jason McMillan_
Notary Public

[Notary seal: JASON McMILLAN, Commission Expires Aug 10, 2023, HINDS COUNTY, STATE OF MISSISSIPPI]

Case 3:00-cv-00110-KJ   Document #541   Filed 06/06/2022   Page 11 of 11

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**KELIA DEFLANDERS AND**                                      **PLAINTIFFS**
**CARLOS MARK ROBERSON**

**VERSUS**                                    CAUSE NO.: 22-110(2)

**SUN COAST RESOURCES, INC.,**
**BRENT ALAN RYDER,**
**AND JOHN DOES 1-10**                                       **DEFENDANTS**

**SUMMONS**
THE STATE OF MISSISSIPPI

To:    Sun Coast Resources, Inc., through its registered agent for service of process
       National Registered Agents, Inc.
       645 Lakeland East Drive, Suite 101
       Flowood, Mississippi 39232

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO J. HEATH SULLIVAN, THE ATTORNEY FOR THE PLAINTIFF(S), WHOSE MAILING ADDRESS AND STREET ADDRESS IS 1423 24TH AVENUE, SUITE A, GULFPORT, MISSISSIPPI 39501. YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF COURT WITHIN A REASONABLE TIME AFTERWARD.

Issued under my hand and seal of said Court, this _10_ day of _June_, 2022.

_/s/ BJ McCleary, DC_
Clerk of Court, Jackson County, Mississippi

Prepared by:
J. Heath Sullivan (MSB # 105226)
Gulf South Law Firm, PLLC
1423 24th Avenue, Suite A
Gulfport, MS 39501

